UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

DEQUANA HORNER                              JURY TRIAL DEMANDED

v.                                          CASE NO.  3:11 cv

DAVIS DAVIS ATTORNEYS, P.C.

## COMPLAINT

1. Plaintiff seeks relief pursuant to the Fair Debt Collection Practices Act ("FDCPA"), l5 U.S.C. § l692.

2. The Court has jurisdiction. 15 U.S.C. § 1692k and 28 U.S.C. §133l.

3. Plaintiff is a natural person who has resided in Connecticut at all relevant times

4. Plaintiff is a consumer within the FDCPA.

5. Defendant is a debt collector within the FDCPA.

6. Defendant has an office at 393 Vanadium Rd #300, Pittsburgh PA 15243-1478 which was not licensed in compliance with chapter 669 Part XII of the Connecticut General Statutes when communicating concerning plaintiff's personal credit card account.

7. Defendant demanded payment within thirty days from the date of the letter.

8. In the collection efforts, each defendant violated the FDCPA, § 1692-e, -f or –g.

WHEREFORE plaintiff respectfully requests this Court to:

1. Award plaintiff such damages as are permitted by law, including $1,000 statutory damages;

2. Award the plaintiff costs of suit and a reasonable attorney's fee;

3. Award such other and such further relief as law or equity may provide.

THE PLAINTIFF

*Joanne S. Faulkner*

BY____/s/ Joanne S. Faulkner___
JOANNE S. FAULKNER ct04137
123 Avon Street
New Haven, CT 06511-2422
(203) 772-0395
faulknerlawoffice@snet.net