UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| DEQUANA HORNER | : |
| | : |
| V | :   CASE NO. 3:11CV472  (RNC) |
| | : |
| DAVIS DAVIS ATTORNEYS, P.C. | : |

<u>JUDGMENT</u>

The defendant, DAVIS DAVIS ATTORNEYS, P.C. having failed to appear, plead or otherwise defend in this action and default under F.R.C.P. 55(a) having been entered on June 9, 2011,

And the plaintiff, DEQUANA HORNER, having filed on June 7, 2011 a Request for Entry of Judgment by Default and Affidavit, and there being no objection, the Court granted the motion for default judgment as to liability only.  A hearing in damages was held by the Magistrate Judge on October 21, 2011 and a Recommended Ruling was issued on October 26, 2011 [dkt. # 19].  The court approved and adopted in the absence of objection the magistrate judges ruling.  The plaintiff filed a supplemental fees/cost application and the court having awarded $725.00 in additional fees , it is therefore,

ORDERED, ADJUDGED and DECREED that the judgment enter in favor of the plaintiff, DEQUANA HORNER against the defendant, DAVIS DAVIS ATTORNEY, P.C. in the amount of $1,000 statutory damages, plus $1,750 in attorney's fees and $395.29 for costs, $725.00 in additional fees for a total of $3,870.29.

Dated at Hartford, Connecticut, this 14th day of December  2011.

ROBERTA D. TABORA, Clerk


By__/s/__TG_____
Terri Glynn
Deputy Clerk

EOD: 12/14/11